# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 14, 2016

## NO. 03-15-00430-CV

**Sanadco Inc., a Texas Corporation; Mahmoud Ahmed Isba; Broadway Grocery, Inc.; Shariz, Inc.; Ruby & Sons Store, Inc.; and Rubina Noorani, Appellants**

**v.**

**Glenn Hegar, Individually and in his Official Capacity as Comptroller of Public Accounts; Office of Comptroller of Public Accounts for The State of Texas; and Ken Paxton, in his Official Capacity as Attorney General of The State of Texas, Appellees**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court on April 27, 2015. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellants shall pay all costs relating to this appeal, both in this Court and the court below.